Dale C. Campbell, State Bar No. 99173
**weintraub genshlea chediak sproul**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiffs Roy Ekland, Roy Ekland
dba Ekland Marketing Company of California, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY EKLAND, ROY EKLAND dba EKLAND MARKETING COMPANY OF CALIFORNIA, INC., <br><br>    Plaintiffs, <br><br>    vs. <br><br>JAVIER ESTEBAN LOPEZ and JAVIER ESTEBAN LOPEZ dba VIVEROS EL PINAR, SL., business form unknown, headquartered in Chañe (Segovia), Spain <br><br>and Does 1-100, inclusive, <br><br>    Defendants. | Case No.:  2:05-cv-00761-FCD-GGH <br><br> CONSENT TO SUBSTITUTION OF ATTORNEY AND ORDER |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Roy Ekland, Roy Ekland dba Ekland Marketing Company of California, Inc. make the following substitution:

    1.    Former legal representation:
           Kenneth P. Roye, SB# 42572
           Attorney at Law
           116 W. 2nd Street
           Chico, CA  95928
           Phone:  (530) 342-3355
           Fax No. (530) 342-2533

2.  New legal representation:
    Dale C. Campbell, State Bar No. 99173
    weintraub genshlea chediak sproul
    a law corporation
    400 Capitol Mall, 11th Floor
    Sacramento, CA  95814
    Phone:  (916) 558-6000
    Fax No. (916) 446-1611

3.  The parties making this substitution are plaintiffs.

4.  We consent to this substitution.

Dated:  June ___, 2005              Roy Ekland, Roy Ekland dba Ekland Marketing
                                    Company of California, Inc.

                                    By:/S/ Roy Ekland as authorized on June 29, 2005
                                          Roy Ekland
                                          Its:  President

I consent to the above substitution.

Dated:  June ___, 2005              By:/S/ Kenneth P. Roye as authorized on June 15, 2005
                                          Kenneth P. Roye

I consent to the above substitution.

                                    weintraub genshlea chediak sproul
                                    a law corporation

Dated:  June 8, 2005                By:/S/ Dale C. Campbell
                                          Dale C. Campbell

                        ORDER

IT IS SO ORDERED.

Dated: October 19, 2005             /s/ Frank C. Damrell Jr.
                                    UNITED STATES DISTRICT COURT JUDGE

{12257/13784/DCC/852638.DOC;}       2                       Substitution of Attorney & Order