IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EKLAND MARKETING COMPANY,
OF CALIFORNIA, INC.,

       Plaintiff,                                CIV. NO. S-05-0761 FCD GGH

   vs.

JAVIER ESTEBAN LOPEZ, et al.,

       Defendants.                        ORDER
_____/

       Plaintiff's motion to compel presently is calendared for hearing on Thursday, June 21, 2007. The parties have filed a joint stipulation; however, in light of the district court's order of May 1, 2007, regarding a potential stay of this case due to pending litigation in Spain, the parties shall be prepared to explain at hearing why this discovery motion should proceed.

       IT IS SO ORDERED.

DATED: 6/19/07                                 /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076:Ekland0761.hrg.wpd